UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| RICHARD MISITI, individually and on behalf of all others similarly situated | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. _______________ |
| ASSURANCE IQ, LLC, d/b/a healthinsurance.net, | ) | |
| Defendant. | ) | |

**DEFENDANT'S NOTICE OF REMOVAL**

Assurance IQ, LLC ("Assurance"), by and through its attorneys, Dentons US LLP, hereby removes to this Court, pursuant to 28 U.S.C. §§ 1332, 1441(b), and 1446, the civil action pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, under the caption *Richard Misiti v. Assurance IQ, LLC*, 21CA005228 (the "State Court Action"). Under 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being transmitted to the Clerk of the Circuit Court of Lee County for prompt filing, proof of which will be filed with this Court upon receipt. Assurance will promptly serve Plaintiff with written notice of filing this Notice of Removal as required by 28 U.S.C. § 1446(d). The following is a short and plain statement of the grounds for removal:

## FACTUAL AND PROCEDURAL BACKGROUND

1. Plaintiff Richard Misiti ("Plaintiff") commenced the State Court Action by filing his Class Action Telephone Consumer Protection Act ("TCPA") Complaint ("Complaint") on September 27, 2021. (*See* Complaint, attached hereto as part of **Group Exhibit A**.)

2. The Complaint purports to allege claims under the TCPA, asserting that Assurance violated the TCPA by making unlawful marketing calls.[1] Plaintiff seeks, *inter alia*, statutory damages for the alleged violations, injunctive relief, and attorneys' fees and costs. (*Id.*).

3. This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, and is one which may be removed to the Middle District of Florida pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

4. Assurance has been properly served.

5. Pursuant to 28 U.S.C. § 1446(a), Assurance has attached hereto, as **Group Exhibit A**, all the state court process, pleadings, and orders docketed in this matter.

---

[1] Assurance disputes the allegations in the Complaint, including, but not limited to, disputing that there has been any wrongful conduct.

**REMOVAL IS TIMELY**

6. On November 2, 2021, service was perfected upon Assurance pursuant to Fla. Stat. § 48.062. (*See* Notice of Service of Process, attached hereto as part of **Group Exhibit A**.)

7. This Notice of Removal is timely, in accordance with 28 U.S.C. § 1446(b), as it is filed within 30 days after Assurance was served with the Summons and Complaint, which sets forth the claims upon which the Notice of Removal is based. *See Murphy Bros. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354 (1999).

**VENUE**

8. Venue lies in the Middle District of Florida, Fort Meyers Division, pursuant to 28 U.S.C. § 1446(a), because the action was filed in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, which is located within this District and Division.

**JURISDICTION IS PROPER UNDER 28 U.S.C. § 1332**

9. District courts have original subject matter jurisdiction over all civil actions arising under the laws of the United States, 28 U.S.C. § 1331, including claims brought under the TCPA. *Mims v. Arrow Fin. Servs., Inc.*, 565 U.S. 368, 376 (2012) ("Congress did not deprive federal courts of federal-question jurisdiction over private TCPA suits."). As the Supreme Court held in Mims, "[b]ecause federal law creates the right of action and provides the rules of decision, [Plaintiff's] TCPA

claim, in 28 U.S.C. § 1331's words, plainly 'aris[es] under' the 'laws . . . of the United States.'" *Id.* at 377.

## **NO WAIVER OF DEFENSES AND OBJECTIONS**

10. Assurance, by virtue of filing this Notice of Removal, does not waive any defenses or objections available to it under the law.

## **CONCLUSION**

WHEREFORE, Assurance prays that the State Court Action described above, formerly pending in the Circuit Court of the Twentieth Judicial Circuit, in and for Lee County, Florida, be removed to the Middle District of Florida.

This, the 19th day of November, 2021.

Respectfully submitted,

DENTONS US LLP

/s/ *Monica L. Irel*

Monica L. Irel, Esq.
FL Bar No. 0142395
10700 N. Kendall Drive, Suite 303
Miami, FL 33176
Telephone: (305) 670-4843
Facsimile: (305) 670-4846
Email: monica.irel@dentons.com

*Attorney for Assurance IQ, LLC*

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that a copy of the foregoing was served this 19th day of November, 2021, via the Court's electronic filing system and via First Class U.S. Mail, postage prepaid, on the following:

Seth M. Lehrman, Esq.
Edwards Pottinger LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL, 33301

Scott D. Owens, Esq.
Scott D. Owens, P.A.
2750 N. 29th Avenue, Suite 209A
Hollywood, FL, 33020

*/s/ Monica L. Irel* ________________
Monica L. Irel, Esq.
FL Bar No. 0142395