UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD MISITI,
individually and on behalf of all
others similarly situated,

    *Plaintiffs*,

v.                                                  No.   2:21-cv-0864-JLB-NPM

ASSURANCE IQ, LLC,
d/b/a healthinsurance.net,

    *Defendants*.
_____/

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Richard Misiti ("Plaintiff"), in his individual capacity, voluntarily dismisses the Class Action Complaint [D.E. 1] with prejudice as to all claims Plaintiff alleged therein against Defendant, ASSURANCE IQ, LLC, d/b/a healthinsurance.net ("Defendant"), and dismisses all claims of the remaining putative class alleged against Defendant without prejudice. Each party shall be responsible for bearing their own expenses, costs of litigation and attorney's fees.

Dated: January 25, 2022              Respectfully submitted,

                                        */s/ Seth M. Lehrman*
                                        Seth M. Lehrman (FBN 132896)
                                        E-mail: seth@epllc.com
                                        EDWARDS POTTINGER LLC
                                        425 North Andrews Avenue, Suite 2
                                        Fort Lauderdale, FL 33301
                                        Telephone: 954-524-2820
                                        Facsimile: 954-524-2822

        Scott D. Owens (FBN 0597651)
        Email: scott@scottdowens.com
        SCOTT D. OWENS, P.A.
        2750 N. 29th Ave., Suite 209A
        Hollywood, Florida 33020
        Telephone: 954-589-0588 Ext. 102
        Facsimile: 954-337-0666

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this 25th day of January 2022, and that a notice of the electronic filing will be transmitted to counsel of record.

        */s/ Seth M. Lehrman*
        Seth M. Lehrman