UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RICHARD MISITI, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                    Case No:  2:21-cv-864-JLB-NPM

ASSURANCE IQ, LLC, d/b/a
healthinsurance.net,

      Defendant.

## ORDER

Plaintiff has filed a Notice of Dismissal.  (Doc. 15.)  The notice is self-executing.  See Fed. R. Civ. P. 41(a)(1)(A)(i); Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam).  Accordingly, the Clerk is **DIRECTED** to terminate any pending deadlines and motions and close the file.

**ORDERED** at Fort Myers, Florida, on January 25, 2022.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE